**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

USA-74-24B (Rev. 05/01)

# CRIMINAL DOCKET

**SEALED**
United States Courts
Southern District of Texas
FILED
*June 18, 2025*
Nathan Ochsner, Clerk of Court

No. **4:25-cr-327**

HOUSTON DIVISION

USAO Number: 2023R03130

Magistrate Number:

CRIMINAL INDICTMENT    Filed

Judge: **Rosenthal**

**ATTORNEYS:**

**Nicholas J. Ganjei, USA**    (713) 567-9000

AUSA Kathryn Olson    (713) 567-9000

UNITED STATES of AMERICA
vs.

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| DERA OGUDO [1-12, 15-28] | Sam Louis | ☐ | ☑ |
| VICTORIA MARTINEZ [1, 5-9, 11 & 12] | | ☐ | ☐ |
| EVELYN SHAW [1, 5-6, 9, 13 & 14] | | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( **28** )

Ct. 1: CONSPIRACY TO COMMIT HEALTHCARE FRAUD [18 U.S.C. § 1349]

Cts. 2-8: HEALTH CARE FRAUD [18 U.S.C. §§ 1347 and 2]

Ct. 9: CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO PAY AND RECEIVE HEALTH CARE KICKBACKS [18 U.S.C. §§ 371 and 2]

Cts: 10-12 PAYMENT OF HEALTH CARE KICKBACKS [42 U.S.C. § 1320a-7b(b)(2), 18 U.S.C. § 2]

Cts. 13-14: RECEIPT OF HEALTH CARE KICKBACKS [42 U.S.C. § 1320a-7b(b)(1), 18 U.S.C. § 2]

Cts. 15-28: ENGAGING IN A MONETARY TRANSACTION IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY [18 U.S.C. §§ 1957 and 2]

**PENALTY:**
Cts. 1-8, and 10-14: Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment, per count.
Ct. 9: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.
Cts. 15-28: Up to 10 years imprisonment, a fine of up to twice the amount of the criminally derived property involved in the transaction, and $100 special assessment, per count.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. §§ 981(a)(1)(C); 18 U.S.C. § 982(a)(1); 982(a)(7) and 28 U.S.C. § 2461(c)]

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**